## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: March 14, 2017

Mr. David M. Eaton
Hagwood Adelman Tipton
P.O. Box 41147
Nashville, TN 37204

Mr. Carl Hagwood
Hagwood Adelman Tipton
P.O. Box 4537
Greenville, MS 38704

Ms. Deborah Truby Riordan
Appellate Solutions
1501 N. University Avenue
Suite 211
Little Rock, AR 72207

Mr. James F. Segroves
Hooper, Lundy & Bookman
401 Ninth Street, N.W.
Suite 550
Washington, DC 20004

> Re:  Case No. 16-6280, *Linda Caldwell v. SSC Lebanon Operating Company, et al*
> Originating Case No. : 3:16-cv-00036

Dear Sir or Madam,

   The Court issued the enclosed (Order/Opinion) today in this case.

                                      Sincerely yours,

                                      s/Connie A. Weiskittel
                                      Mediation Administrator

cc:  Mr. Keith Throckmorton

Enclosure

No mandate to issue

Case No. 16-6280

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

LINDA CALDWELL,
   as Next of Kin of Sarah Katherine Rodgers,
   Deceased, and on behalf of the Wrongful
   Death Beneficiaries of Sarah Katherine Rodgers

      Plaintiff - Appellee

v.

SSC LEBANON OPERATING COMPANY, LLC,
   dba Lebanon Health and Rehabilitation Center;
SAVASENIORCARE ADMINISTRATIVE SERVICES, LLC;
SAVASENIORCARE CONSULTING, LLC

      Defendants - Appellants

   In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the Motion for Voluntary Dismissal filed by the Appellant,

   It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                              **ENTERED PURSUANT TO RULE 33,**
                              **RULES OF THE SIXTH CIRCUIT**
                              Deborah S. Hunt, Clerk

Issued: March 14, 2017