IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **Linda Caldwell, as Next of Kin of Sarah Katherine Rodgers, Deceased, and on Behalf of the Wrongful Death Beneficiaries of Sarah Katherine Rodgers,** ) ) ) ) ) | |
| ) | **Cause No.: 3:16-0036** |
| **Plaintiff,** ) ) | |
| vs. ) ) | **Judge Aleta A. Trauger** |
| **SSC Lebanon Operating Company LLC d/b/a Lebanon Health and Rehabilitation Center; SMV Lebanon LLC; SavaSeniorCare LLC; SavaSeniorCare Administrative Services LLC; SavaSeniorCare Consulting LLC; Tennessee HoldCo LLC; SSC Submaster Holdings LLC** ) ) ) ) ) ) ) ) | **Magistrate Judge Joe B. Brown** |
| **Defendants.** ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Counsel for the parties hereby notify the Court that the Plaintiff and Defendants have compromised and settled the claims made in the above-styled and numbered cause against the Defendants and pursuant to the *Federal Rules of Civil Procedure* hereby stipulate that the Complaint filed in the above-captioned action be dismissed with prejudice and that each party shall bear its own court costs and attorneys' fees.

**STIPULATED AND AGREED TO,** this, the 8th day of June, 2017.

| | |
|---|---|
| **Linda Caldwell, as Next of Kin of Sarah Katherine Rodgers, Deceased, and on Behalf of the Wrongful Death Beneficiaries of Sarah Katherine Rodgers** | **SSC Lebanon Operating Company LLC d/b/a Lebanon Health and Rehabilitation Center; SMV Lebanon LLC; SavaSeniorCare LLC; SavaSeniorCare Administrative Services LLC; SavaSeniorCare Consulting LLC; Tennessee HoldCo LLC; SSC Submaster Holdings LLC** |
| *BY: /s/ M. Chad Trammell* | *BY: /s/ David M. Eaton* |
| M. Chad Trammell | David M. Eaton |
| Trammell Piazza Law Firm, PLLC | Hagwood Adelman Tipton PC |
| 418 North State Line Avenue | 5115 Maryland Way, Suite 134 |
| Texarkana, Arkansas 71854 | Brentwood, TN 37027 |
| Telephone: 870-779-1860 | Telephone: (615) 661-7820 |
| Facsimile: 870-779-1861 | Facsimile: (615) 661-7236 |
| | |
| Daniel L. Clayton | Carl Hagwood |
| Kinnard, Clayton & Beveridge | Hagwood Adelman Tipton PC |
| 127 Woodmont Boulevard | 540 Main Street, Suite 403 |
| Nashville, Tennessee 37205 | Greenville, MS 38701 |
| Telephone: 615-297-1007 | Telephone: (662) 335-5555 |
| Facsimile: 615-297-1505 | Facsimile: (662) 335-5700 |
| | |
| Gary W. Poliakoff | |
| Raymond P. Mullman, Jr. | |
| Poliakoff & Associates, P.A. | |
| P.O. Box 1571 | |
| Spartanburg, SC 29304 | |
| Telephone: 864-582-5472 | |
| Facsimile: 864-582-5470 | |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |